

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGVISION PAY-PER-VIEW LTD. as broadcast licensee of the May 14, 2005 WRIGHT/TRINIDAD program,

                Plaintiff,

-v-

FRANCISCO ZALAZAR, individually and d/b/a FRAN BARBER SHOP, and FRAN BARBER SHOP,

                Defendants.

No. 06 Civ. 4441 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    By Order dated January 7, 2009, the Court granted Plaintiff's application for a default judgment in this action. The Court thereafter referred the action to the Honorable Michael H. Dolinger, Magistrate Judge, for a determination of damages. On June 11, 2009, Magistrate Judge Dolinger issued his Report and Recommendation recommending an award of $6,025.00 in statutory damages and $1,337.50 in attorney's fees and costs. No objections to the Report and Recommendation have been filed.

    Where no timely objection to a report and recommendation has been made, the "court need only satisfy itself that there is no clear error on the face of the record." *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (internal quotations and citations omitted). The Court has reviewed Magistrate Judge Dolinger's thorough Report and

Recommendation, and discerns no clear error therein. Accordingly, the June 11, 2009 Report and Recommendation is adopted in its entirety.

SO ORDERED.

Dated:     August 12, 2009
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE