UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGVISION PAY-PER-VIEW LTD. as broadcast
licensee of the May 14, 2005 WRIGHT/TRINIDAD
program,

                          Plaintiff,

          -v-

FRANCISCO ZALAZAR, individually and d/b/a
FRAN BARBER SHOP, and FRAN BARBER
SHOP,

                          Defendants.

No. 06 Civ. 4441 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/09

RICHARD J. SULLIVAN, District Judge:

By Order dated August 12, 2009, the Court adopted the Report and Recommendation of Magistrate Judge Dolinger dated June 11, 2009. Accordingly, IT IS HEREBY ORDERED that a default judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, is entered against Defendants Francisco Zalazar, individually and doing business as Fran Barber Shop, and Fran Barber Shop, jointly and severally, for (1) $6,025.00 in statutory damages and (2) $1,337.50 in attorney's fees and costs. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:     September 29, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE